IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Karen Appeldorn, surviving widow, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Hartford Life and Accident Insurance | ) | |
| Company, a foreign corporation, | ) | |
| | ) | Case No.  1:09-cv-069 |
| Defendants. | ) | |

Before the court is the Plaintiff's Motion for attorney Rodney C. Hanson to appear *pro hac vice* on her behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Hanson has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  He has also paid the required admission fees to the office of the Clerk.  Accordingly, the Plaintiff's motion (Docket No.  3) is **GRANTED**. Attorney Rodney C. Hanson is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 30th day of October, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge